**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON CAB DISPATCH, INC., <br><br> and <br><br> EJT MANAGEMENT, INC. <br><br>       Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br>       Defendant. | Civil Action No. |

**NOTICE OF REMOVAL**

     Defendant Uber Technologies, Inc. files this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446 and hereby removes the above-titled action to this Court on the following grounds:

     1.    On or about March 11, 2013, Plaintiffs filed a Complaint in the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Suffolk Country, captioned *Boston Cab Dispatch, Inc. v. Uber Technologies, Inc.*, Civil Action No. 13-0873BLS.

     2.    Defendant Uber Technologies, Inc. received service of process of the Complaint on or about March 14, 2013.

     3.    Removal is timely under 28 U.S.C. § 1446(b) because fewer than thirty (30) days have elapsed since Defendants received service of process of the Complaint.

     4.    A true and correct copy of the Complaint and all other process, pleadings, and orders served upon Defendants in this action are attached hereto as Exhibit A.

5. Plaintiff Boston Cab Dispatch, Inc. is a citizen of Massachusetts. *See* Exh. A [Compl.], ¶ 2.

6. Plaintiff EJT Management, Inc. is a citizen of Massachusetts. *See id.* at ¶ 3.

7. Defendant Uber Technologies, Inc. is and has remained at all times since the Complaint was filed a citizen of Delaware and California because it is a corporation organized under the laws of the State of Delaware with its principal place of business in San Francisco, California. *See* 28 U.S.C. § 1332(c)(1).

8. Plaintiffs are corporations that purport to represent 870 Boston taxicab licenses. *See* Exh. A [Compl.], ¶¶ 2-3. The Complaint alleges violations of the Lanham Act, Mass. Gen. Laws ch. 93A, the Racketeer Influenced and Corrupt Organizations Act, and common-law claims. *See id.* at ¶¶ 59-94 [Counts I-IX]. On information and belief, the amount in controversy therefore exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. § 1332(a).

9. This Court therefore has original jurisdiction over this civil action under 28 U.S.C. §§ 1332(a) and 1441(b) because the matter in controversy, on information and belief, exceeds the sum or value of $75,000, exclusive of interest and costs, and because this civil action is between citizens of different states.

10. This action is properly removed to this Court under 28 U.S.C. §§ 1441(a) and 1446(a) because the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Suffolk County lies within this District.

11. In accordance with 28 U.S.C. § 1446(d), Defendants will provide written notice of the filing of this Notice of Removal to Plaintiffs and will file this Notice of Removal with the Clerk of Courts for the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Suffolk County.

WHEREFORE, Defendant Uber Technologies, Inc. hereby removes this action from the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Suffolk County, to the United States District Court for the District of Massachusetts.

Dated:   April 3, 2013

Respectfully submitted,

UBER TECHNOLOGIES, INC.,

By its counsel,

*/s/ Michael Mankes*
Michael Mankes (BBO #662127)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
Tel:  (617) 378-6000
Fax:  (617) 737-0052
Email: mmankes@littler.com

Of Counsel:

Stephen A. Swedlow
Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, IL 60661
Tel.: (312) 705-7400
Fax: (312) 705-7401
Email: stephenswedlow@quinnemanuel.com
         andrewschapiro@quinnemanuel.com

John B. Quinn
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100
Email: johnquinn@quinnemanuel.com

Patrick A. Fitch (BBO #672797)
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, DC 20004
Tel.: (202) 538-8000
Fax: (202) 538-8100
Email: patrickfitch@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

I, Michael Mankes, hereby certify that on April 3, 2013 the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent by First Class Mail to those not registered.

*/s/ Michael Mankes*
Michael Mankes