**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Boston Cab Dispatch, Inc., and EJT Management, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Uber Technologies, Inc.,<br><br>Defendant. | CIVIL ACTION NO. 13-CV-10769-NMG<br><br>Judge Nathaniel M. Gorton |

**DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Uber Technologies, Inc. ("Uber"), by and through its counsel, respectfully moves this Court to dismiss Plaintiffs' Amended Complaint, Dkt. No. 50, without leave to amend, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Uber hereby incorporates the accompanying memorandum of law in support of this Motion.

**RULE 7.1 CERTIFICATION**

Pursuant to LR, D. Mass. 7.1, counsel for Uber conferred with counsel for Plaintiffs in advance of filing the Assented-to Motion for Extension of Time on July 16, 2014., Dkt. No. 51.

**REQUEST FOR ORAL ARGUMENT**

Uber respectfully requests oral argument on this Motion.

DATED: August 15, 2014                QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By   /s/ Stephen A. Swedlow
      Stephen A. Swedlow
      Attorney for Uber Technologies, Inc.


Stephen A. Swedlow (admitted *pro hac vice*)
   stephenswedlow@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Michael Mankes (BBO #662127)
   mmankes@littler.com
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
Telephone:    (617) 378-6000
Facsimile:    (312) 737-0052

**CERTIFICATE OF SERVICE**

I, Stephen A. Swedlow, hereby certify that, on August 15, 2014, this document was filed through the District of Massachusetts's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent by First Class Mail to those not registered.

/s/ Stephen A. Swedlow
Stephen A. Swedlow
