UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON CAB DISPATCH, INC, <br><br> and <br><br> EJT MANAGEMENT, INC, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 13-cv-10769-NMG |

**PLAINTIFFS' MOTION TO AMEND TO ADD MEDALLION OWNERS AND CONFORM TO COURT'S PRIOR RULINGS**

For the reasons stated below, the plaintiffs move to amend the complaint to eliminate counts dismissed by this Court and to add as plaintiffs the 34 companies which own 362 medallions managed by plaintiff EJT Management, Inc. and dispatched by plaintiff Boston Cab Dispatch, Inc.

**STATEMENT OF REASONS**

This lawsuit was originally filed on behalf of a "radio association" (Boston Cab Dispatch, Inc.)—i.e., a taxi dispatching organization recognized by the Hackney Division of the Boston Police Department—and a management company (E.J.T. Management, Inc.) that maintained and managed the operation of Boston-licensed taxis on behalf of 34 corporations owned and controlled by the same individual. E.J.T. Management originally brought claims for damages on behalf of the 34 medallion-owning corporations in a

*Motion to conform by removing Counts IV and V allowed; motion to amend to add parties denied.*

1

/s/ NMGorton, USDJ 3/6/15