IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Boston Cab Dispatch, Inc. and EJT Management, Inc.,

    Plaintiffs,

v.

Uber Technologies, Inc.,

    Defendant.

Case No. 13-cv-10769-NMG

**PLAINTIFFS BOSTON CAB DISPATCH, INC. AND EJT MANAGEMENT, INC., AND DEFENDANT UBER TECHNOLOGIES, INC.'S JOINT MOTION FOR A PROTECTIVE ORDER**

Plaintiffs Boston Cab Dispatch, Inc. and EJT Management, Inc., and Defendant Uber Technologies, Inc. anticipate that documents testimony, or information containing or reflecting confidential, personal, proprietary, trade secret, and/or commercially sensitive information are likely to be disclosed or produced during the course of discovery in this case and hereby request that this Court enter the attached **STIPULATION AND ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION** setting forth the conditions for treating, obtaining, and using such information.

DATED: August 10 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Stephen A. Swedlow
Stephen A. Swedlow
Attorney for Uber Technologies, Inc.

*Motion allowed subject to supplementation on pages 6 and 9 of the order.*

*/s/ NMGorton, USDJ 8/13/15*

Stephen A. Swedlow (admitted *pro hac vice*)
stephenswedlow@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

Michael Mankes (BBO #662127)
mmankes@littler.com
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
Telephone:     (617) 378-6000
Facsimile:      (312) 737-0052

                                              BRODY, HARDOON, PERKINS & KESTEN, LLP

                                        By     /s/ Samuel Perkins
                                                  Samuel Perkins
                                                  Attorney for Boston Cab Dispatch, Inc. and EJT
                                                  Management, Inc.

Samuel Perkins (BBO# 542396)
sperkins@bhpklaw.com
Richard E. Brody (BBO# 058260)
rbrody@bhpklaw.com
Michael Stefanilo (BBO# 684500)
mstefanilo@bhpklaw.com
Brody, Hardoon, Perkins & Kesten, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
Telephone:     (617) 880-7100

## CERTIFICATE OF SERVICE

I, Amit B. Patel, hereby certify that on August 10 2015, this document was served on counsel of record for Plaintiffs through this Court's CM/ECF system.

Samuel Perkins (BBO#542396)
Richard E. Brody (BBO#058260)
Michael Stefanilo (BBO# 684500)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100
sperkins@bhpklaw.com
rbrody@bhpklaw.com
mstefanilo@bhpklaw.com

　　　　　　　　　　　　　　　　　　　　　　/s/ Amit B. Patel
　　　　　　　　　　　　　　　　　　　　　　Amit B. Patel

04978-23768/7080036.1