United States District Court
District of Massachusetts

| | |
|---|---|
| **BOSTON CAB DISPATCH and EJT MANAGEMENT, INC.,** )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**UBER TECHNOLOGIES, INC.,** )<br>)<br>Defendant. )<br>) | Civil Case No.<br>13-10769-NMG |

## ORDER

**GORTON, J.**

Plaintiffs' motion to compel the production of certain information and to amend the case schedule (Docket No. 124) is **ALLOWED**, in part, and **DENIED**, in part.

The Court directs defendant to produce summaries of:

1) the estimated number of its partners in the greater Boston area for each class of vehicle, by month, from 2011 to the present; and

2) its estimated gross revenue for the greater Boston area, per month, from 2011 to the present.

Defendant shall produce such discoverable information on or before Wednesday, April 27, 2016. The Court forewarns defense counsel that if there are further delays in the production of the identified information, the Court will impose sanctions on defendant and its counsel to the extent that it deems them to have been recalcitrant or unreasonable.

-1-

-2-

The discovery deadlines are, for the last time, postponed as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' expert disclosures and service of reports | May 6, 2016 |
| Defendants' expert disclosures and service of reports | May 20, 2016 |
| Dispositive motions | June 10, 2016 |
| Oppositions to dispositive motions | July 1, 2016 |

The final pretrial conference will be held on Thursday, September 8, 2016, at 3:00 P.M., and the trial will commence on Monday, September 12, 2016, at 9:00 A.M. in Courtroom 4. There will be no further extensions of time.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated April 19, 2016