**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Boston Cab Dispatch et al.**
                Plaintiff(s)

           V.

**Uber Technologies, Inc.**
                Defendant(s)

CIVIL ACTION

NO.  **1:13-cv-10769-NMG**

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  **Nathaniel M. Gorton**


[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[**X**]    On  **5/13/2016**  I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| **X** | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | \_\_\_\_ | SETTLEMENT CONFERENCE |


All parties were represented by counsel  [except _____]

The parties  were / were not  present in person or by authorized corporate officer [except

_____].

The case was:

[ ]    Settled.  Your clerk should enter a  \_\_\_  day order of dismissal.

[ ]    There was progress.  A further session has been scheduled for_____ unless the case is

    reported settled prior to that date.

[**X**]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

    case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

    _____

    _____


  **5/13/2016**                             **/s/  Jennifer C. Boal**
      DATE                                 ADR Provider